UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                  Petitioner,

     v.

ERIC JACKSON,

                Respondent.

CASE NO. C18-1504 RSM-BAT

**REPORT AND
RECOMMENDATION**

       **Bar-order litigant John Demos** filed an application to proceed *in forma pauperis* with a proposed 28 U.S.C. § 2254 habeas petition. Dkt. 1. An Order of this Court, however, provides for the summary dismissal of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997); *see also Demos v. U.S. Dist. Court for Eastern Dist. of Washington*, 925 F.2d 1160 (9th Cir. 1991) (barring Mr. Demos's petitions seeking extraordinary writs pursuant to 28 U.S.C. §§ 1651, 2253, or 2254 directed at the United States District Courts for the Eastern and Western Districts of Washington unless accompanied by a filing fee).

       As petitioner has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, this matter be **DISMISSED**. Moreover, Mr. Demos may not

proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing. *See* 28 U.S.C. § 2244(b)(3)(A). A proposed Order is attached. This matter may be noted for consideration immediately.

DATED this 16th day of October, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge